No. 975. COY *v.* UNITED STATES. Ct. Cl. Motions to dispense with printing petition for writ of certiorari and petitioner's reply brief granted. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Jack H. Weiner* for the United States.

No. 979. DYKE WATER CO. ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Alvin Landis* for petitioners. *Richard E. Tuttle* and *J. Thomason Phelps* for respondents.

No. 237, Misc. STEPHENS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William VanDercreek* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent. ▮

No. 240, Misc. ROBERTS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▮

No. 278, Misc. GREEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▮

No. 514, Misc. BOYLE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.